UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOHNNY MOORE (#94182)

VERSUS

BARRETT L. BOEKER, MAJOR, ET AL.

CIVIL ACTION

NO. 12-51-SDD-RLB

## RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Richard L. Bourgeois, Jr. dated June 18, 2013. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims. Further, the Defendants' *Motion for Summary Judgment* (Rec. Doc. 17) is granted in part, dismissing the Plaintiff's claims asserted against Defendants, Tim Delaney and Jonathan Roundtree, with prejudice, and dismissing all of the Plaintiff's claims asserted against Defendant, Barrett L. Boeker, except the Plaintiff's Eighth Amendment claim of excessive force asserted against Defendant, Boeker, in the Defendant's individual capacity.

This matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, July 9th, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA