UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNY MOORE (#94182)

VERSUS

BARRETT L. BOEKER, MAJOR, ET AL.

CIVIL ACTION

NO. 12-0051-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Supplemental Magistrate Judge's Report dated August 6, 2014,[1] to which no objection was filed:

**IT IS ORDERED** that the Motion for Summary Judgment of defendant Barrett L. Boeker[2] be denied, and that this matter be referred back to the Magistrate Judge for further proceedings.

**IT IS FURTHER ORDERED** that the initial Report and Recommendation of the Magistrate Judge dated June 13, 2014,[3] be and it is hereby found to be moot because of the Supplemental Magistrate Judge's Report issued herein on August 6, 2014.

Signed in Baton Rouge, Louisiana, on September 18, 2014.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] R. Doc. 58.

[2] R. Doc. 50.

[3] R. Doc. 53.